1  Eva M. Weiler (SBN: 233942)
   eweiler@shb.com
2  Matthew J. Vanis (SBN: 210706)
   mvanis@shb.com
3  SHOOK, HARDY & BACON LLP
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
5  Telephone: 949-475-1500
   Facsimile: 949-475-0016

Attorneys for Defendant
Boston Scientific Corporation

Alan S. Lazar (SBN: 125820)
alazar@marlinsaltzman.com
Bradley R. Fagnani (SBN: 261330)
bfagnani@marlinsaltzman.com
MARLIN SALTZMAN LLP
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: 818-991-8080
Facsimile: 818-991-8081

Attorneys for Plaintiff Misty Blount

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY BLOUNT, | Case No. 1:19-cv-00578-AWI-SAB |
| Plaintiff, | |
| v. | **JOINT DISCOVERY STIPULATION AND ORDER THEREON** |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

Plaintiff Misty Blount and defendant Boston Scientific Corporation, by and through their respective attorneys, hereby agree and stipulate as follows:

1. Additional fact discovery should be permitted, as the proposed discovery involves issues fundamental to the case, will expedite trial proceedings, and promote judicial and party efficiency. The parties have agreed upon the following supplemental

discovery:

- Collection of updated medical records
- Deposition of Dr. Rajendra Dwivedi

2. The supplemental discovery shall be completed by November 22, 2019. Any discovery-related motions shall also be filed by November 22, 2019.

3. The parties agree that the opening of fact discovery is expressly limited in scope and time as outlined above.

**IT IS SO STIPULATED.**

Dated: July 3, 2019

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew J. Vanis
　　　Eva M. Weiler
　　　Matthew J. Vanis
Attorneys for Defendant
Boston Scientific Corporation

Dated: July 3, 2019

Respectfully submitted,

MARLIN SALTZMAN L.L.P.

By: /s/ Alan S. Lazar
(as authorized on July 2, 2019)
　　　Alan S. Lazar
　　　Bradley R. Fagnani
Attorneys for Plaintiff Misty Blount

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: August 6, 2019　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

2